IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MICHAEL REIS,<br><br>                    Defendant. | 8:23-CR-221<br>8:23-CR-46<br><br>**ORDER** |

The defendant is presently confined at the Sarpy County Department of Corrections facility in Papillion, Nebraska. The defendant's sentencing hearing was scheduled for February 20, 2025, at 9:30 a.m., Filing 64 (Text Scheduling Order), but the defendant did not appear for his sentencing hearing in contravention of the Court's order. The United States Marshals advised on the record that the defendant refused to be transported from the detention facility to appear at his scheduled sentencing hearing. The undersigned judge stated on the record that the sentencing hearing will be rescheduled for February 25, 2025, at 9 a.m. The undersigned judge further stated that the United States Marshals, or any corrections facility officers working in conjunction with the United States Marshals, are authorized to use reasonable force if necessary to ensure the defendant's presence at his sentencing hearing. Accordingly,

IT IS ORDERED:

1. The defendant's sentencing hearing in case numbers 8:23-cr-46 and 8:23-cr-221 is rescheduled for February 25, 2025, at 9 a.m., in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE; and

2. The United States Marshals, or any corrections facility officers working in conjunction with the United States Marshals, may use reasonable force if necessary to ensure the defendant's presence at his sentencing hearing.

Dated this 20th day of February, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge